UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrea Silverman, PC
150 River Road, H4
Montville, NJ 07045
Bar ID 018642004
(973) 794-3960/(973)794-3962
Attorney for Debtor(s)

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John C. Cangelosi

Case Number: 17-33236

Hearing Date: _____

Judge: RG

Chapter: 13

Recommended Local Form: ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to _____12/29/2017_____.

☐ Denied.

*Rev. 7/1/04; jml*