Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John C Cangelosi
42 Normandy Drive
Parsippany, NJ 07054

Social Security No.:
xxx−xx−6882

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/7/18 at 10:30 AM

to consider and act upon the following:

*20* − Objection to Application for Retention of Professional (related document:14 Application For Retention of Professional Dann Law as Attorney Filed by Andrea Silverman on behalf of John C Cangelosi. Objection deadline is 1/2/2018. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor John C Cangelosi) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/4/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court