UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrea Silverman, PC
Andrea Silverman, Esq.
150 River Road, H4
Montville, NJ 07045
(973)794-3960 (PH)
(973)794-3962(FAX)
Bar ID 018642004
Attorney for Debtor(s)

FILED
JEANNE A. NAUGHTON, CLERK
FEB -7 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

In Re:

John C. Cangelosi

Case No.: 17-33236

Chapter: 13

Judge: RG

## ORDER AUTHORIZING RETENTION OF

DannLaw and Andrea Silverman, PC

The relief set forth on the following page is **ORDERED**.

2-7-18

Upon the applicant's request for authorization to retain __Dann Law and Andrea Silverman, PC__ as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: __1 Meadowlands Plaza, Ste 200, E. Rutherford, NJ 07073; 150 River Rd., H4, Montville, NJ 07045__

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2