Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John C Cangelosi
42 Normandy Drive
Parsippany, NJ 07054

Social Security No.:
xxx−xx−6882

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       7/10/18
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrea Silverman, Debtor's Attorney,

COMMISSION OR FEES
period: 11/15/2017 to 6/14/2018, fee: $11,876.00

EXPENSES
$280.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 19, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-33236-RG
John C Cangelosi                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jun 19, 2018
                              Form ID: 137             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
```
db             +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty            +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,
                 Rutherfold, NJ 07073-2152
517461281      +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517181236      +BMW Financial Services,    250 Chestnut Ridge,    Woodcliff Lake, NJ 07677-7703
517461284      +Dept. of Human Services,    Division of Family,   Development-Chils Sup,    PO Box 709,
                 Trenton, NJ 08625-0709
517461283      +Forest Psychiatric Associates,    6 Forest Avenue,    Paramus, NJ 07652-5241
517181237      +KML Law Group, PC,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
517181238       M&T Bank,    One M&T Plaza,    Buffalo, NY 14203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 20 2018 00:09:33
                 BMW Bank of North America Department,   Ascension Capital Group,    PO Box 165028,
                 Irving, TX 75016-5028
517388961       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 00:07:39
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517264766       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 20 2018 00:07:55
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
517193244      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 20 2018 00:08:39
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    P.O. Box 165028,
                 Irving, TX 75016-5028
517461282       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 00:08:23      Capital One,
                 15000 Capital One Drive,    Henrico, VA 23238
517259518       E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35      M & T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
517394853       E-mail/Text: camanagement@mtb.com Jun 19 2018 23:55:35      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517345324      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 23:55:59      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517287438      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2018 00:09:39      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517455938     ##+Jasmina Cangelosi,   42 Normandy Drive,    Parsippany, NJ 07054-4068
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2018
                               Form ID: 137             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:

```
              Andrea   Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```