| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit H4
Montville, NJ 07045
Phone: 973-794-2960
Attorney for Debtor

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John Cangelosi

                    Debtors

Case No.    17-33236

Chapter:    13

Hearing Date:    July 10, 2018 @ 10:00 a.m.

Judge: Hon. Rosemary Gambardella

### ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: July 13, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:   2
Debtors: John Cangelosi
Case No. 17-33236-RG
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $11,876.00 for services and $280.00 for additional costs, for a total of $12,156.00 of which $5,000.00 has been previously received for a total owing of $7,156.00.   The allowance shall be payable:

\_\_\_\_\_X\_\_\_\_         through the Chapter 13 plan as an administrative priority.


_____         outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.