**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit H4
Montville, NJ 07045
Phone: 973-794-2960
Attorney for Debtor

Order Filed on July 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Cangelosi

Debtors

Case No.    17-33236

Chapter:    13

Hearing Date:    July 10, 2018 @ 10:00 a.m.

Judge: Hon. Rosemary Gambardella

## ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: July 13, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:   2
Debtors: John Cangelosi
Case No. 17-33236-RG
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $11,876.00 for  services and $280.00 for additional costs, for a total of $12,156.00 of which $5,000.00 has been previously received for a total owing of $7,156.00.   The allowance shall be  payable:

_____X_____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be determined at Confirmation;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                              Case No. 17-33236-RG
John C Cangelosi                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: Jul 13, 2018
                              Form ID: pdf903           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
```
db             +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty            +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,
                 Rutherfold, NJ 07073-2152
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
```
              Andrea  Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```