Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−33236−RG
    Chapter:  13
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C Cangelosi
   42 Normandy Drive
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−6882

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

*61* − Certification in Opposition to M&T Bank Application for EArly Termination of LOss Mitigation (related document:60 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 8/2/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T Bank) filed by Andrea Silverman on behalf of John C Cangelosi. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 8/2/18

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court