| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor |

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>         John Cangelosi<br><br><br>                              Debtor(s) | Case No.    17-33236<br><br>Chapter:    13<br><br>Hearing Date:   N/A<br><br>Judge: Hon. Rosemary Gambardella |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 19, 2018**

/s/ Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:   2
Debtors: John Cangelosi
Case No. 17-33236
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $800.00 for additional services.

The allowance shall be payable:


_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same, and it further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.