Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John C Cangelosi
    42 Normandy Drive
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−6882

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*77* − Objection to TRustee Certification of Default (related document:73 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/19/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Andrea Silverman on behalf of John C Cangelosi. (Silverman, Andrea)

Dated: 12/14/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-33236-RG
John C Cangelosi    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 14, 2018
    Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
db    +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty    +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,    Rutherfold, NJ 07073-2152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 15 2018 00:04:38
    BMW Bank of North America Department,    Ascension Capital Group,    PO Box 165028,    Irving, TX 75016-5028
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
    Andrea   Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
    r62214@notify.bestcase.com
    Denise E. Carlon    on behalf of Creptor    M&T Bank dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
    jschwartz@mesterschwartz.com
    Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 7