UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

Kevin G. McDonald, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
kmcdonald@kmllawgroup.com
Attorney for M&T Bank

Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-33236-RG

Judge: Rosemary Gambardella

Chapter: 13

In Re:
John C Cangelosi
                    Debtor

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on April 30, 2018:

Property: 48 Normandy Drive, Parsippany, NJ 07054

Creditor: M&T Bank

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by M&T Bank, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective December 6, 2018.