Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John C Cangelosi
42 Normandy Drive
Parsippany, NJ 07054

Social Security No.:
xxx−xx−6882

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 1/2/18 and a confirmation hearing on such Plan has been scheduled for 2/7/18.

The debtor filed a Modified Plan on 1/15/19 and a confirmation hearing on the Modified Plan is scheduled for 2/6/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: January 16, 2019
JAN: wdh

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 17-33236-RG
John C Cangelosi                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Jan 16, 2019
                              Form ID: 186             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db            +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty           +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,
                Rutherfold, NJ 07073-2152
517461281     +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
517181236     +BMW Financial Services,    250 Chestnut Ridge,    Woodcliff Lake, NJ 07677-7703
517461284     +Dept. of Human Services,    Division of Family,    Development-Chils Sup,    PO Box 709,
                Trenton, NJ 08625-0709
517461283     +Forest Psychiatric Associates,    6 Forest Avenue,    Paramus, NJ 07652-5241
517181237     +KML Law Group, PC,    216 Haddon Avenue, Ste 406,    Collingswood, NJ 08108-2812
517181238      M&T Bank,    One M&T Plaza,    Buffalo, NY 14203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 01:12:32
                BMW Bank of North America Department,    Ascension Capital Group,    PO Box 165028,
                Irving, TX 75016-5028
517388961      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2019 01:12:38
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517264766      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 17 2019 01:12:34
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
517193244     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 01:13:16
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    P.O. Box 165028,
                Irving, TX 75016-5028
517461282      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 01:12:29      Capital One,
                15000 Capital One Drive,    Henrico, VA 23238
517259518      E-mail/Text: camanagement@mtb.com Jan 17 2019 01:10:49      M & T Bank,    PO Box 62182,
                Baltimore, MD 21264-2182
517394853      E-mail/Text: camanagement@mtb.com Jan 17 2019 01:10:49      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
517345324     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2019 01:11:15      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517287438     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2019 01:23:42      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517455938     ##+Jasmina Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2         Date Rcvd: Jan 16, 2019
                               Form ID: 186             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:

      Andrea Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com, r62214@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com
      Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                               TOTAL: 7