Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C Cangelosi
   42 Normandy Drive
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−6882

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/6/19 at 10:00 AM

to consider and act upon the following:

**94** − Limited Objection to Application For Retention of Professional (related document:92 Application For Retention of Professional Peggy Stock as Realtor Filed by Andrea Silverman on behalf of John C Cangelosi. Objection deadline is 2/11/2019. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor John C Cangelosi) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court