Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–33236–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John C Cangelosi
    42 Normandy Drive
    Parsippany, NJ 07054
Social Security No.:
    xxx–xx–6882
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*105* – Objection to Application for Retention of Professional (related document:103 Application For Retention of Professional Andrea Silverman, PC as Attorney Filed by Andrea Silverman on behalf of John C Cangelosi. Objection deadline is 2/25/2019. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor John C Cangelosi) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 2/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court