Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John C Cangelosi
  42 Normandy Drive
  Parsippany, NJ 07054

Social Security No.:
  xxx−xx−6882

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/19 at 10:00 AM

to consider and act upon the following:

*123* − Final Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 12/5/2018 to 4/9/2019, fee: $7294.00, expenses: $101.00. Filed by Andrea Silverman. Hearing scheduled for 5/13/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification Cert of Attorney # 2 Exhibit Exhibit A − Fees # 3 Proposed Order # 4 Certificate of Service) (Silverman, Andrea)INCORRECT HEARING DATE SELECTED. Modified on 4/22/2019 (car).

Dated: 4/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court