UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrea Silverman, PC
Andrea Silverman, Esq.
150 River Road, O2B
Montville, New Jersey 07045
Bar ID 018642004
(973) 794-3960/ (973) 794-3962 (FAX)
Attorney for Debtor(s)

Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John C. Cangelosi

| | |
|---|---|
| Case No.: | 17-33236 |
| Chapter: | 13 |
| Judge: | RG |

Hearing date 05/01/2019 @ 10:00 a.m

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____John Cangelosi_____ for the reduction of time for a hearing on  Motion to Sell Debtor's Real Property Free and Clear of Liens located at 42 Normandy Drive, Parsippany, NJ 07054  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 1, 2019_____ at  10:00 am  in the United States Bankruptcy Court, _____50 Walnut Street Newark, NJ 07102_____, Courtroom No.   3-E   .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 listed on the notice of motion

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*