Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33236−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John C Cangelosi
   42 Normandy Drive
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−6882

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/19 at 10:00 AM

to consider and act upon the following:

*123* − Final Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 12/5/2018 to 4/9/2019, fee: $7294.00, expenses: $101.00. Filed by Andrea Silverman. Hearing scheduled for 5/13/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification Cert of Attorney # 2 Exhibit Exhibit A − Fees # 3 Proposed Order # 4 Certificate of Service) (Silverman, Andrea)INCORRECT HEARING DATE SELECTED. Modified on 4/22/2019 (car).

Dated: 4/22/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
John C Cangelosi  
    Debtor

Case No. 17-33236-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Apr 22, 2019  
　　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db             +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty            +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,
                 Rutherfold, NJ 07073-2152
r              +Peggy J Stock,    Remax Neighborhood Properties,    115 Route 46 West, Bldg F, Ste 19,
                 Moutain Lakes, NJ 07046-1673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 23 2019 00:41:50
                 BMW Bank of North America Department,    Ascension Capital Group,    PO Box 165028,
                 Irving, TX 75016-5028
                                                                                               TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
```
              Andrea  Silverman     on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz     on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald     on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```