| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ANDREA SILVERMAN, PC |
| 150 River Road, Unit O2B |
| Montville, New Jersey 07045 |
| Andrea Silverman, Esq. |
| Bar ID 018642004 |
| (973)794-3960/(973)794-3962(fax) |

**FILED**
JEANNE A. NAUGHTON, CLERK

MAY - 1 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY C. Richardson DEPUTY

| In Re: |
| --- |
| John C. Cangelosi |

Case No.   17-33236

Chapter:   13

Hearing Date:  May 1, 2019 @ 10:00
Shortened Time Application

Judge: RG

**REVISED AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 42 NORMANDY COURT, PARSIPPANY, NJ 07054 FREE AND CLEAR OF ALL LIENS AND CLAIMS WITH LIENS TO ATTACH TO PROCEEDS PURSUANT TO 11U.S.C. §363(b),(f) AND §365 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(d) AND ATTORNEY FEES AND FOR RELATED RELIEF**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

5/1/19    _____

Page: 2
Debtor(s): John C. Cangelosi
Case No. 17-33236/RG
Caption: Order Authorizing Sale of Real Property located at 42 Normandy Drive, Parsippany, NJ 07054

---

**THIS MATTER,** being opened before the Court by Andrea Silverman, PC, attorney for the Debtor, John C. Cangelosi, and no objections being filed, and this Court having considered arguments of counsel and good cause appearing, the parties agree;

**IT IS HEREBY,**

**ORDERED,** that Debtor is authorized to sell the Real Property located at 42 Normandy Drive, Parsippany, NJ 07054, for a minimum of not less than $530,000.00, upon the terms and conditions of the Contract of Sale pursuant to 11 U.S.C. €363 (b)and (f) and §1303; and it is further

**ORDERED,** that the proceeds of sale shall be used to satisfy the first mortgage lien of M&T Bank (hereinafter "M&T") in full, subject to a valid payoff quote requested by the Debtor and provided by M&T, unless the lien has otherwise been avoided by Court Order. Until such satisfaction, the Real Property is not free and clear of M&T's mortgage lien. M&T shall receive the full payoff as determined by the current payoff statement within 48 hours of closing, which payoff statement cannot have expired as of the date of the closing; and it is further

**ORDERED,** that the sum of $8,025.41 shall be paid to the Chapter 13 Trustee to complete Debtor's Plan in full; and it is further

**ORDERED,** that the sum of $13,350.00 shall be held in escrow by the closing real estate attorney to pay the real estate broker's commissions in accordance with the Retention for Professional previously granted and shall be paid directly to Peggy Stock at closing without further court order; and it is further

**ORDERED,** that Debtor's Attorney has a pending Application for Supplemental Fees in the amount of $6,203.00 with a return date of May 13, 2019. Sufficient funds shall be held in escrow by the closing real estate attorney and upon the Order being entered, said fees shall be paid directly to Debtor's counsel at Andrea Silverman, PC, 150 River Road, O2B, Montville, NJ 07045; and it is further

**ORDERED,** that other closing fees payable by the Debtor may be satisfied by the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing; and it is further

**ORDERED,** that any funds remaining after the above disbursements are made, shall be returned to the Debtor; and it is further

~~**ORDERED,** that upon completion of the closing and the disbursement of funds in accordance with this Order, the Chapter 13 Standing Trustee shall grant Debtor's discharge and administer the closing of the case; and it is further~~ 

**ORDERED,** that a copy of the final HUD-1 Settlement Statement shall be forwarded to the Chapter 13 Standing Trustee within seven (7) days after the closing; and it is further

**ORDERED,** that the fourteen (14) day waiting period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:  
John C Cangelosi  
    Debtor

Case No. 17-33236-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 01, 2019  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db            +John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty           +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,   Ste 200, E,
               Rutherfold, NJ 07073-2152
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
          Andrea    Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
           jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```