UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**JOHN C CANGELOSI,**
          **Debtor**

Case No.: 17-33236-RG

Judge: Rosemary Gambardella

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: June 25, 2025**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

Debtor: John C Cangelosi
Case No.: 17-33236-RG
Caption of Order: Order Vacating Stay as To Personal Property

Upon consideration of Financial Services Vehicle Trust's motion for an order vacating the automatic stay as to certain personal property hereinafter set forth, and good cause appearing therefore it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2016 BMW 5 Series Sedan 4D 535xi AWD**
**V.I.N. WBA5B3C52GG258513**