**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John Cangelosi

                Debtor(s)

Case No.    17-33236

Chapter:    13

Hearing Date:    May 13, 2019 @ 10:00

a.m. Judge: Hon. Rosemary Gambardella

### REVISED ORDER GRANTING FINAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: July 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page:   2
Debtors: John Cangelosi
Case No. 17-33236
Caption: Revised Order Granting Final Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $6,102.00 for additional services

and $101.00 for disbursements for a total of $6,203.00.  The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority from the proceeds of the sale of Debtor's property.

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same, and it further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion,

Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any

monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33236-RG
John C Cangelosi                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 09, 2019
               Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db           #+John C Cangelosi,   42 Normandy Drive,   Parsippany, NJ 07054-4068
aty         +Dann Law and Andrea Silverman, P.C.,   1 Meadowlands Plaza,   Ste 200, E,
               Rutherfold, NJ 07073-2152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
          Andrea Silverman    on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
     r62214@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Financial Services NA, LLC
     jschwartz@mesterschwartz.com
          Jason Brett Schwartz    on behalf of Creditor   Financial Services Vehicle Trust (FSVT)
     jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
     bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                        TOTAL: 8