**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on August 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John Cangelosi

                Debtor(s)

Case No.:    17-33236

Chapter:    13

Hearing Date:    May 13, 2019 @ 10:00 a.m.

Judge: Hon. Rosemary Gambardella

## SECOND REVISED ORDER GRANTING FINAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: August 9, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page: 2
Debtors: John Cangelosi
Case No. 17-33236
Caption: Second Revised Order Granting Final Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $6,102.00 for additional services and $101.00 for disbursements for a total of $6,203.00. The allowance shall be payable:

_____    through the Chapter 13 plan as an administrative priority from the proceeds of the sale of Debtor's property.

\_\_\_\_X\_\_\_\_    outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same, and it further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.