Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−33236−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John C Cangelosi
    42 Normandy Drive
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−6882

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on September 24, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 152 − 142
Order With Respect To Motion To Stop Disbursement On Proof of Claim re: BMW Financial Services NA, LLC. (Related Doc # 142). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/23/2019. (car)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-33236-RG
John C Cangelosi                                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 24, 2019
                              Form ID: orderntc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db          #+John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty          +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,   Ste 200, E,
               Rutherfold, NJ 07073-2152
r            +Peggy J Stock,   Remax Neighborhood Properties,    115 Route 46 West, Bldg F, Ste 19,
               Moutain Lakes, NJ 07046-1673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2019 23:57:49
               BMW Bank of North America Department,   Ascension Capital Group,   PO Box 165028,
               Irving, TX 75016-5028
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          Andrea  Silverman   on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
            r62214@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Jason Brett Schwartz   on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
            jschwartz@mesterschwartz.com
          Jason Brett Schwartz   on behalf of Creditor    BMW Financial Services NA, LLC
            jschwartz@mesterschwartz.com
          Kevin Gordon McDonald   on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8