UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**JOHN C. CANGELOSI,**

                          **Debtor**

FILED
JEANNE A. NAUGHTON, CLERK

SEP 23 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 17-33236-RG

Judge: Rosemary Gambardella

## ORDER WITH RESPECT TO MOTION TO STOP DISBURSEMENT
## ON PROOF OF CLAIM

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

9-23-19                    USBJ

2

Debtor:             John C. Cangelosi

Case No.:           17-33236-RG

Caption of Order:   Order with Respect to Trustee's Motion to Stop Disbursement on Proof of
                    Claim

Upon consideration of Motion to Stop Disbursement on Proof of Claim and the response

thereto by BMW Financial Services NA, LLC, and good cause appearing; therefore, it is hereby

**ORDERED** that the secured claim of BMW Financial Services NA, LLC, Court Claim

Number 1, be modified to the amount paid to date through the plan by the Standing Trustee;

**It is further ORDERED** that in the event the Automatic Stay is reinstated as to this

creditor, this Order shall be null and void, and the claim shall be reinstated accordingly;

**It is further ORDERED** that this Order shall not be construed to prevent BMW Financial

Services NA, LLC from filing an unsecured deficiency claim with respect to its claim, if

appropriate.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33236-RG
John C Cangelosi                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 24, 2019
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db           #+John C Cangelosi,    42 Normandy Drive,    Parsippany, NJ 07054-4068
aty          +Dann Law and Andrea Silverman, P.C.,    1 Meadowlands Plaza,    Ste 200, E,
             Rutherfold, NJ 07073-2152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
            Andrea  Silverman   on behalf of Debtor John C Cangelosi court@andreasilvermanlaw.com,
            r62214@notify.bestcase.com
            Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Jason Brett Schwartz   on behalf of Creditor   BMW Financial Services NA, LLC
            jschwartz@mesterschwartz.com
            Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust (FSVT)
            jschwartz@mesterschwartz.com
            Kevin Gordon McDonald   on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg   magecf@magtrustee.com
            Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 8